No. 652, Misc.  BRIDGMON v. FLORIDA.  Supreme Court of Florida.  Certiorari denied.

No. 655, Misc.  HAZELGROVE v. INDIANA.  Supreme Court of Indiana.  Certiorari denied.  *George B. Hoffman, Jr.* for petitioner.

No. 657, Misc.  BLAND v. ELLIS, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 659, Misc.  GREGORY v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 660, Misc.  WILLIAMS v. CALIFORNIA.  District Court of Appeal of California, First Appellate District.  Certiorari denied.

No. 662, Misc.  TROTTER v. OHIO.  Supreme Court of Ohio.  Certiorari denied.  *Stanley U. Robinson, Jr.* for petitioner.  *C. Watson Hover* for respondent.

No. 663, Misc.  LANGFORD v. MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 664, Misc.  RAPPAPORT v. NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 666, Misc.  ANDERSON v. CULVER, STATE PRISON CUSTODIAN.  Supreme Court of Florida.  Certiorari denied.

No. 667, Misc.  HINES v. ZIMMER.  Supreme Court of New York, Kings County.  Certiorari denied.